IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| AHTNA LOGISTICS, LLC,<br><br>    Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | Case No. 22-780 C<br><br>Judge _____ |

**MOTION FOR PROTECTIVE ORDER**

Pursuant to Appendix C, Section VI of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff Ahtna Logistics, LLC ("Ahtna Logistics" or "Plaintiff") moves the Court to issue a protective order in this case. In support of this motion, Plaintiff states as follows:

1. This is a post-award bid protest challenging the evaluation and award decision under Request for Proposal No. 70CDCR21R00000007 issued by the U.S. Department of Homeland Security, Immigration and Customs Enforcement.

2. This case was preceded by a protest filed by Plaintiff with the U.S. Government Accountability Office ("GAO"), which was docketed as B-4120677.1. On June 30, 2022, GAO issued a decision dismissing Ahtna Logistics' protest.

3. In that protest, the GAO issued a protective order covering procurement-sensitive government information as well as proprietary or other confidential information of the protester and the awardee-intervenor. That protective order is currently in effect.

4. Paragraph 8 of GAO's protective order states:

> Material to which parties gain access under this protective order is to be used only for the subject protest proceedings, absent prior authorization from the GAO. Protected material obtained under this protective order may be used, however, in a protest filed with the

> United States Court of Federal Claims, without GAO's prior authorization, <u>provided that the information is filed under seal with the Court</u>, that the Court is informed of GAO's protective order, and that <u>the Court is requested to issue its own protective order</u> to cover the protected material.  (Emphasis added.)

5. Plaintiff's Complaint includes material identified as protected during the GAO protest, to which Plaintiff gained access under GAO's protective order, as well as competitively sensitive confidential and proprietary information of Plaintiff.  Plaintiff objects to the public release of both its unredacted complaint and its proposed redacted version of the complaint.

6. In addition, the Administrative Record as well as subsequent pleadings, motions, and briefs in this matter are likely to include material protected under GAO's protective order, source selection information, competitively sensitive confidential and proprietary information of Plaintiff, and other sensitive information.

7. As required by GAO's protective order, simultaneously with the filing of this motion, Plaintiff has filed a motion requesting leave to file its Complaint under seal.

8. Good cause exists to grant this motion.  Plaintiff may not be able to prosecute this protest without using material to which it gained access under GAO's protective order.  GAO's protective order requires Plaintiff to request this Court to issue its own protective order.  In addition, both the Government and the public have an interest in preventing the public release of source selection information and contractor bid and proposal information.  Preventing public disclosure of such information while a procurement is pending strengthens the integrity of the federal procurement system and prevents offerors from gaining an unfair competitive advantage.

**WHEREFORE**, for the foregoing reasons, Plaintiff respectfully requests that the Court issue a protective order in this matter, in the form of the sample at Form 8 of the Court's rules.

Dated: July 18, 2022            Respectfully submitted,

                                       **HOLLAND & KNIGHT LLP**

                                       /s/Robert K. Tompkins
                                       Robert K. Tompkins, Esq. (Counsel of Record)
                                       800 17th Street N.W., Suite 1100
                                       Washington, DC 20006
                                       Phone: (202) 469-5111
                                       Facsimile: (202) 955-5564
                                       E-mail: robert.tompkins@hklaw.com
                                       *Counsel for Ahtna Logistics, LLC*

Of Counsel:

Hillary J. Freund, Esq.
Sean Belanger, Esq.
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006
Phone: (202) 469-5482
Facsimile: (202) 955-5564
E-mail: hillary.freund@hklaw.com
E-mail: sean.belanger@hklaw.com

Kelsey M. Hayes
Holland & Knight LLP
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
Phone: (703) 720-8023
Facsimile: (703) 720-8610
E-mail: kelsey.hayes@hklaw.com