## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| AHTNA LOGISTICS, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 22-780 C |
| v. ) | |
| ) | Judge _____ |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiff Ahtna Logistics, LLC ("Ahtna Logistics") discloses as follows: Ahtna Logistics' immediate parent corporation is Ahtna Netiye, LLC and Ahtna, Inc. is the ultimate parent corporation. No publicly held corporation owns 10% or more of Ahtna Logistics' stock.

Dated: July 18, 2022

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

/s/Robert K. Tompkins
Robert K. Tompkins, Esq. (Counsel of Record)
800 17th Street N.W., Suite 1100
Washington, DC 20006
Phone: (202) 469-5111
Facsimile: (202) 955-5564
E-mail: robert.tompkins@hklaw.com
*Counsel for Ahtna Logistics, LLC*

Of Counsel:

Hillary J. Freund, Esq.
Sean Belanger, Esq.
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006
Phone: (202) 469-5482

Facsimile: (202) 955-5564
E-mail: hillary.freund@hklaw.com
E-mail: sean.belanger@hklaw.com

Kelsey M. Hayes
Holland & Knight LLP
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
Phone: (703) 720-8023
Facsimile: (703) 720-8610
E-mail: kelsey.hayes@hklaw.com