# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

|  |  |
|---|---|
| AHTNA LOGISTICS, LLC. | ) |
| Plaintiff, | ) Case No. 1:22-cv-00780-MHS |
| v. | ) Judge Matthew H. Solomson |
| UNITED STATES, | ) |
| Defendant. | ) |

## UNOPPOSED MOTION BY AKIMA INFRASTRUCTURE PROTECTION, LLC TO INTERVENE

Akima Infrastructure Protection, LLC ("AIP"), by and through its undersigned counsel, respectfully seeks to intervene as a matter of right in the above-captioned protest pursuant to Rule 24(a)(2) of the Rules of the United States Court of Federal Claims ("RCFC"). In support of its Motion, AIP states as follows:

1. The United States Immigration and Customs Enforcements ("ICE"), made an award to AIP under Solicitation No. 70CDCR21R00000007 (the "Solicitation").

2. Ahtna Logistics, LLC ("Ahtna" or "Plaintiff") filed a Bid Protest with GAO. On June 30, 2022, GAO issued a decision dismissing Ahtna's protest where Ahtna was not next in line for award. *Ahtna Logistics, LLC,* B-420677, B-420677.2, June 30, 2022, 2022 WL 2664108.

3. On July 18, 2022, Ahtna initiated this action with the filing of a sealed complaint. Based on both the Bid Protest Pre-Filing Notice and Amended Pre-Filing Notice filed with this Court, Plaintiff is challenging ICE's evaluation and award to AIP under the Solicitation.

4. As a successful offeror and awardee under the Solicitation, AIP has a substantial economic interest in the subject matter of this action "and is so situated that disposing of the action may as a practical matter impair or impede [AIP's] ability to protect its interest." RCFC 24(a)(2).

5. Further, the existing parties cannot adequately represent AIP's interest. RCFC 24(a)(2). The Government is not legally required to defend AIP's interest in these proceedings. AIP invested substantial time and money in the preparation of its proposal that led to the award protested in this action and, by intervening, AIP will be able to protect its investment. In addition, intervention will allow AIP to protect its proprietary interest in protected material relating to AIP, its proposal, and the Government's evaluation of its proposal, which will be disclosed to the parties admitted under the protective order in this protest.

6. AIP requested and received the consent of both parties to this request.

7. AIP hereby provides notice of appearance of undersigned counsel.

WHEREFORE, AIP respectfully requests that the Court grant this Motion to Intervene.

Dated: July 19, 2022

Respectfully submitted,

/s/ C. Peter Dungan
C. Peter Dungan
*Counsel of Record*
Alfred M. Wurglitz
Tara D. Hopkins
Jarrod R. Carman
MILES & STOCKBRIDGE P.C.
1201 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004
(202) 524-8055
pdungan@milesstockbridge.com

*Counsel for Akima Infrastructure Protection, LLC*