IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| AHTNA LOGISTICS, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) No. 22-780 |
| v. | ) (Judge Matthew H. Solomson) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Delisa M. Sánchez as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Delisa M. Sánchez
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

                         /s/Delisa M. Sánchez
                         DELISA M. SANCHEZ
                         Trial Attorney
                         Commercial Litigation Branch
                         Civil Division
                         U.S. Department of Justice
                         Telephone: (202) 616-0337
                         Facsimile: (202) 305-7643
                         Email: Delisa.Sanchez@usdoj.gov

Dated: July 19, 2022