# In the United States Court of Federal Claims

No. 22-780C

(Filed: July 19, 2022)

|  |  |
|---|---|
| **AHTNA LOGISTICS, LLC,** | ) ) ) |
| *Plaintiff,* | ) ) |
| **v.** | ) ) |
| **THE UNITED STATES,** | ) ) |
| *Defendant,* | ) ) |
| **and** | ) ) |
| **AKIMA INFRASTRUCTURE PROTECTION, LLC,** | ) ) ) |
| *Defendant-Intervenor.* | ) ) ) |

## ORDER

On July 18, 2022, Plaintiff, Ahtna Logistics, LLC, filed a complaint against Defendant, the United States, pursuant to 28 U.S.C. § 1491(b).  ECF No. 1.  Plaintiff seeks to maintain its complaint, its attached exhibits, and proposed redacted complaint under seal.[1]  *See* ECF No. 3.

The Court hereby **GRANTS** Plaintiff's motion for leave to file its complaint, the attached exhibits, and proposed redacted complaint under seal.

On or before **Tuesday, July 26, 2022**, the parties shall meet-and-confer regarding the proposed redacted complaint, ECF No. 2, and either:  (1) file a joint status report, indicating that the proposed redacted complaint should be unsealed; (2) jointly file a new,

---

[1] Plaintiff's motion requests only to seal the complaint.  The Court, however, assumes that Plaintiff intended such motion to encompass the proposed redacted complaint, ECF No. 2, as well, which has been filed under seal.

agreed-upon redacted complaint; or (3) file a joint status report, indicating that the parties cannot reach an agreement on a redacted version.

**IT IS SO ORDERED**.

s/Matthew H. Solomson
**Matthew H. Solomson**
**Judge**