# In the United States Court of Federal Claims

No. 22-780C

(Filed: July 19, 2022)

|  |  |
|---|---|
| **AHTNA LOGISTICS, LLC,** | ) |
| *Plaintiff,* | ) |
| v. | ) |
| **THE UNITED STATES,** | ) |
| *Defendant,* | ) |
| and | ) |
| **AKIMA INFRASTRUCTURE PROTECTION, LLC,** | ) |
| *Defendant-Intervenor.* | ) |

## **ORDER**

The Court will hold a telephonic status conference in this case on **Wednesday, July 20, 2022, at 1:00 PM (EDT)**. Prior to this time, counsel for the parties will receive instructions on joining the conference call.

**IT IS SO ORDERED**.

s/Matthew H. Solomson<br>
**Matthew H. Solomson**<br>
**Judge**