IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

|  |  |
|---|---|
| AHTNA LOGISTICS, LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> AKIMA INFRASTRUCTURE PROTECTION, LLC, ) <br> ) <br> Defendant-Intervenor. ) | Case No. 22-00780 <br><br> Judge Matthew H. Solomson |

## JOINT STATUS REPORT

Pursuant to the Court's July 20, 2022 Order, Plaintiff Ahtna Logistics, LLC ("Ahtna Logistics"), Defendant the United States (the "Government"), and Defendant-Intervenor Akima Infrastructure Protection ("AIP") jointly file this Status Report informing (1) whether the parties have reached an agreement to avoid litigating preliminary injunctive relief, and (2) proposing an agreed-upon briefing schedule for Motions for Judgment on the Administrative Record ("MJARs") and related preliminary and/or permanent relief, as well as a target date for oral argument on any motion.

### I.   Voluntary Stay Discussions

Plaintiff and Defendant, the United States, have continued their dialogue and negotiations regarding a voluntary stay. The parties believe that they will be able to reach an agreement to avoid litigating preliminary injunctive relief, but have not yet reached such an agreement. The Government has agreed to keep the stop work order in place while negotiations continue. Thus,

at this time, the parties do not believe briefing on a temporary restraining order and preliminary injunction are necessary. The parties will update the Court promptly if this changes.

## II. Proposed MJAR Briefing Schedule

The parties have conferred and agreed upon the following proposed briefing schedule for permanent injunctive relief, as well as a target date for oral argument:

| | |
|---|---|
| Tuesday, August 9, 2022: | Defendant to file the Administrative Record. |
| Tuesday, August 30, 2022: | Parties to file their Cross-Motions for Judgment on the Administrative Record simultaneously. |
| Tuesday, September 27, 2022: | Parties to file their Responses and Replies to the Cross-Motions for Judgment on the Administrative Record simultaneously. |
| Tuesday, October 4–6 on or after October 11, 2022: | The parties propose a target date for oral argument on the Cross-Motions for Judgment on the Administrative Record one week following the parties' filing of their Responses and Replies, or at such later time as may suit the Court. |

2

Case 1:22-cv-00780-MHS   Document 23   Filed 07/26/22   Page 3 of 3

Dated: July 26, 2022

/s/Robert K. Tompkins
Robert K. Tompkins, Esq. (Counsel of Record)
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006
Phone: (202) 469-5111
Facsimile: (202) 955-5564
E-mail: robert.tompkins@hklaw.com
*Counsel for Plaintiff Ahtna Logistics, LLC*

/s/C. Peter Dungan
Che Peter Dungan, Esq. (Counsel of Record)
Miles & Stockbridge PC
1201 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004
Phone: (202) 524-8055
Facsimile: (202) 640-6011
E-mail: pdungan@milesstockbridge.com
*Counsel for Defendant-Intervenor Akima Infrastructure Protection, LLC*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/Elizabeth M. Hosford
ELIZABETH M. HOSFORD
Assistant Director

/s/Delisa M. Sánchez
DELISA M. SANCHEZ
Trial Attorney
Commercial Litigation
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0337

*Attorneys for Defendant*

3

Dated: July 26, 2022

/s/Robert K. Tompkins
Robert K. Tompkins, Esq. (Counsel of Record)
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006
Phone: (202) 469-5111
Facsimile: (202) 955-5564
E-mail: robert.tompkins@hklaw.com
*Counsel for Plaintiff Ahtna Logistics, LLC*

/s/C. Peter Dungan
Che Peter Dungan, Esq. (Counsel of Record)
Miles & Stockbridge PC
1201 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20004
Phone: (202) 524-8055
Facsimile: (202) 640-6011
E-mail: pdungan@milesstockbridge.com
*Counsel for Defendant-Intervenor Akima Infrastructure Protection, LLC*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/Elizabeth M. Hosford
ELIZABETH M. HOSFORD
Assistant Director

/s/Delisa M. Sánchez
DELISA M. SANCHEZ
Trial Attorney
Commercial Litigation
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0337

*Attorneys for Defendant*