IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| AHTNA LOGISTICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 22-780 |
| | ) | (Judge Matthew H. Solomson) |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AKIMA INFRASTRUCTURE | ) | |
| PROTECTION, LLC, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

## DEFENDANT'S NOTICE OF VOLUNTARY STAY

Defendant, the United States, respectfully submits notice to apprise the Court of the position of the U.S. Immigration and Customs Enforcement (ICE) with respect to a voluntary stay.

In this post-award bid protest plaintiff, Ahtna Logistics, LLC (Ahtna), challenges the decision by ICE to award a contract to defendant-intervenor, Akima Infrastructure Protection, LLC (AIP), for comprehensive detention services at Port Isabel Detention Center in Los Fresnos, Texas. ICE's contract award to AIP stems from Solicitation No. 70CDCR21R00000007.

Counsel for the United States conferred with ICE regarding a voluntary stay of performance of the award of the contract at issue to AIP pending the Court's adjudication of Ahtna's bid protest. ICE advised counsel for the United States that it is agreeable to staying the award of the contract it awarded AIP through 1:00 p.m. on Monday,

November 14, 2022.[1]  Specifically, ICE will maintain the status quo by leaving in place the stop-work order that it issued to AIP when Ahtna filed its protest in the Government Accountability Office in File Nos. B-420677 and B-420677.1.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. McCARTHY
Director

/s/Elizabeth M. Hosford
ELIZABETH M. HOSFORD
Assistant Director

Of Counsel:

/s/Delisa M. Sánchez
DELISA M. SANCHEZ
JAVIER A. FARFAN                                    Trial Attorney
Associate Legal Advisor                            Commercial Litigation
Commercial and Administrative Law Division         Civil Division
Office of the Principal Legal Advisor              P.O. Box 480
U.S. Immigration and Customs Enforcement           Ben Franklin Station
                                                   Washington, D.C. 20044
                                                   Telephone: (202) 616-0337

August 1, 2022                                     Attorneys for Defendant

---

[1] On July 26, 2022, the parties filed a joint status report in which they advised the Court that they were engaged in a dialogue and negotiations regarding a voluntary stay. *See* ECF No. 23.  After the filing of that joint status report, and before any agreement was reached by the parties, the Government decided to discontinue the dialogue with Ahtna. Accordingly, the voluntary stay offered by ICE in this case is not the result of an agreement with Ahtna, or the posting of a bond by Ahtna.