# In the United States Court of Federal Claims

No. 22-780C

(Filed: August 10, 2022)

|  |  |
|---|---|
| AHTNA LOGISTICS, LLC, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| *Defendant*, | ) |
| and | ) |
| AKIMA INFRASTRUCTURE PROTECTION, LLC, | ) |
| *Defendant-Intervenor.* | ) |

## ORDER

The Court will hold a telephonic status conference in this case on **Monday, August 15, 2022, at 2:00 PM (EDT)**. Prior to this time, counsel for the parties will receive instructions on joining the conference call.

**IT IS SO ORDERED**.

s/Matthew H. Solomson
**Matthew H. Solomson**
**Judge**