IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| AHTNA LOGISTICS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> AKIMA INFRASTRUCTURE ) <br> PROTECTION, LLC, ) <br> ) <br> Defendant-Intervenor. ) | No. 22-780 <br> (Judge Matthew H. Solomson) |

### DEFENDANT'S CONSENT MOTION FOR LEAVE TO EXCHANGE NATIVE ADMINISTRATIVE RECORD FILES AND TO FILE CORRECTED ADMINISTRATIVE RECORD

Defendant, the United States, respectfully requests the Court's leave for the parties to exchange native versions of files from the Administrative Record under the Court's Protective Order. Defendant also requests leave to file a corrected Administrative Record.

Counsel for the United States has conferred with counsel for plaintiff and counsel for defendant-intervenor, both of whom have advised that they consent to this motion.

Pursuant to the Court's rules, the documents in the Administrative Record were produced to the parties in PDF format. However, the conversion of Excel files to PDF format renders some of the data in the Excel files inaccessible. For this reason, counsel for plaintiffs contacted counsel for the United States and requested that the Government produce certain files in their native Excel format. The parties have conferred regarding this matter and have agreed upon a method for addressing this issue. Specifically, the parties have all agreed to exchange the Excel

files in question in their native Excel format on discs (CDs or DVDs) marked with the protected legend required by the Court's Protective Order, with the understanding that access, use, and copying of the native files on the discs will be subject to the terms of the Court's Protective Order. As the parties have all agreed regarding how to address this matter, we respectfully request that the Court grant leave for the parties to exchange Excel files from the Administrative Record in their native format, subject to the terms of the Court's Protective Order. This motion is necessary because Paragraph 9 of the Protective Order does not contemplate the exchange of individual native files that do not bear the protective order legend.

Furthermore, because the Excel files contain data that is not accessible in the PDF files in the Administrative Record, we also request the Court's leave to file the Excel files that we produce to the parties. This will ensure that the Court has access to all the data that the parties will have access to.

The United States also requests leave to file a corrected Administrative Record. Counsel for plaintiff contacted counsel for the United States and advised that Tab 45b of the Administrative Record ends at page 4315 and Tab 45c begins at page 4384, and that it therefore appears that there are pages missing from the Administrative Record. In addressing the concern advanced by plaintiff's counsel we realized that, although there are no pages missing in Tabs 45b and 45c, there is a bates-stamping mishap throughout Part 2 (Tabs 29-59) of the Administrative Record. To avoid any confusion going forward, we will address the situation by correcting the bates-stamped page numbers in the Administrative Record. The page numbers in Part 1 will remain the same. However, when we correct the page numbers in Part 2 it will trigger a domino effect that will change the page numbers in Parts 2, 3, and 4.

We also request leave to correct the Administrative Record because one document was inadvertently not included in the Administrative Record that we filed. Plaintiff's counsel inquired about Tab 66 to the Agency Report in the GAO protest and advised that it could not be located in the Administrative Record. The document at issue is an Excel spread sheet containing wage data. In addressing plaintiff's inquiry, we realized that during the de-duplication process the document ended up in the wrong file folder, and therefore was not included in the Administrative Record that we filed. We will correct the omission by including the unredacted document in the corrected Administrative Record.

For the foregoing reasons, we respectfully request that the Court grant our consent motion for leave for the parties to exchange native versions of files from the Administrative Record under the Court's Protective Order and for defendant to file a corrected Administrative Record.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. McCARTHY
Director

/s/Elizabeth M. Hosford
ELIZABETH M. HOSFORD
Assistant Director

| | |
|---|---|
| Of Counsel: | /s/Delisa M. Sánchez |
| | DELISA M. SANCHEZ |
| JAVIER A. FARFAN | Trial Attorney |
| Associate Legal Advisor | Commercial Litigation |
| Commercial and Administrative Law Division | Civil Division |
| Office of the Principal Legal Advisor | P.O. Box 480 |
| U.S. Immigration and Customs Enforcement | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: (202) 616-0337 |
| August 22, 2022 | |
| | Attorneys for Defendant |