# In the United States Court of Federal Claims

No. 22-780C

(Filed: August 24, 2022)

|  |  |
|---|---|
| **AHTNA LOGISTICS, LLC,** | ) |
| *Plaintiff,* | ) |
| v. | ) |
| **THE UNITED STATES,** | ) |
| *Defendant,* | ) |
| and | ) |
| **AKIMA INFRASTRUCTURE PROTECTION, LLC,** | ) |
| *Defendant-Intervenor.* | ) |

## ORDER

On August 22, 2022, Defendant, the United States, filed a consent motion for leave to file a corrected administrative record and for "leave for the parties to exchange native versions of files from the Administrative Record under the Court's Protective Order." ECF No. 32 at 1. With regard to the latter request, Defendant represents the following:

> Pursuant to the Court's rules, the documents in the Administrative Record were produced to the parties in PDF format. However, the conversion of Excel files to PDF format renders some of the data in the Excel files inaccessible. For this reason, counsel for plaintiffs contacted counsel for the United States and requested that the Government produce certain files in their native Excel format. The parties have conferred regarding this matter and have agreed upon a method for addressing this issue. Specifically, the parties have all agreed to exchange the Excel files in question in their native Excel format on discs (CDs or DVDs) marked with the protected legend required by the Court's Protective Order,

> with the understanding that access, use, and copying of the native files on the discs will be subject to the terms of the Court's Protective Order. . . . Furthermore, because the Excel files contain data that is not accessible in the PDF files in the Administrative Record, we also request the Court's leave to file the Excel files that we produce to the parties. This will ensure that the Court has access to all the data that the parties will have access to.

*Id.* at 1–2.

For good cause shown, the Court hereby **GRANTS** Defendant's motion and directs Defendant to:

1. File a corrected administrative record; and
2. Provide all parties, including the Court, discs (*e.g.*, CD-ROM, DVD) containing the applicable files from the administrative record in native Microsoft Excel format, as proposed, subject to the terms of the Court's protective order.

**IT IS SO ORDERED**.

s/Matthew H. Solomson
Matthew H. Solomson
Judge
