## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

*******************************************

| | | |
|---|---|---|
| AHTNA LOGISTICS, LLC, | * | |
| | * | |
| Plaintiff, | * | No. 22-780C |
| | * | (Judge Solomson) |
| v. | * | |
| | * | |
| | * | |
| THE UNITED STATES, | * | |
| | * | |
| Defendant, | * | |
| | * | |
| and | * | |
| | * | |
| AKIMA INFRASTRUCTURE PROTECTION, LLC, | * | |
| | * | |
| | * | |
| Defendant-Intervenor | * | |

*******************************************

### DEFENDANT-INTERVENOR AKIMA INFRASTRUCTURE PROTECTION, LLC'S UNOPPOSED MOTION TO WITHDRAW THE APPEARANCE OF JARROD R. CARMAN

Defendant-Intervenor Akima Infrastructure Protection, LLC ("AIP") respectfully submits this Unopposed Motion to Withdraw the Appearance of Jarrod R. Carman, Esq. Mr. Carman is departing Miles & Stockbridge, P.C., and his last day shall be August 29, 2022. C. Peter Dungan will remain as Counsel of Record for AIP, and Alfred M. Wurglitz, Tara D. Hopkins, and Rebecca S. Fallk shall remain of counsel for AIP. Undersigned counsel have ensured that any protected material received by Mr. Carman has been removed from his possession and either destroyed or placed in the custody of undersigned counsel. We have discussed this Motion with counsel for Plaintiff and Defendant, who have indicated they have no objection. Accordingly, we respectfully request that the Court allow Mr. Carman to withdraw his appearance from this case.

        Respectfully submitted,

        _/s/ C. Peter Dungan_____
        C. Peter Dungan
        *Counsel of Record*
        Alfred M. Wurglitz
        Tara D. Hopkins
        Rebecca S. Fallk
        MILES & STOCKBRIDGE P.C.
        1201 Pennsylvania Avenue, NW, Suite 900
        Washington, DC 20004
        Pdungan@milesstockbridge.com
        awurglitz@milesstockbridge.com
        thopkins@milesstockbridge.com
        rfallk@milesstockbridge.com

Dated:  August 29, 2022        *Counsel for Akima Infrastructure Protection, LLC*