IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| AHTNA LOGISTICS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) No. 22-780 |
| | ) (Judge Matthew H. Solomson) |
| Defendant, | ) |
| and | ) |
| AKIMA INFRASTRUCTURE PROTECTION, LLC, | ) |
| Defendant-Intervenor. | ) |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
CORRECTED MOTION FOR JUDGMENT ON THE ADMINSITRATIVE RECORD

Pursuant Rule 7(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests leave to file a corrected version of the Motion For Judgment On The Administrative Record that we filed on August 30, 2022. Counsel for plaintiff and counsel for defendant-intervenor advised Government counsel that plaintiff and defendant-intervenor do not oppose this request.

At approximately 5:15 p.m. on August 31, 2022, counsel for the United States lost power briefly, for approximately five minutes, as a result of a storm. As a result of the power interruption, counsel for the United States lost Internet connectivity and, consequently, the connection to the Department of Justice (DOJ) network where the Government's motion and the Administrative Record were housed. At the time of the power interruption, counsel for the United States was working on the Government's motion and was expecting to file it around 10:00 p.m. Unfortunately, after power was restored, counsel for the United States was unable to establish a stable connection to the DOJ network until approximately 11:00 p.m. Although

undersigned counsel for the United States was able to file the brief, there was insufficient time to complete all of the cites to the Administrative Record and resolve some formatting issues involving spacing and page breaks.

Accordingly, we respectfully request leave to file a corrected brief to include the missing cites to the Administrative Record, correct formatting issues, and revise the page references in the table of contents and table of authorities to the extent that they need to be revised.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion for leave to file a corrected version of the Government's Motion For Judgment On The Administrative Record.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. McCARTHY
Director

/s/Elizabeth M. Hosford
ELIZABETH M. HOSFORD
Assistant Director

Of Counsel:

JAVIER A. FARFAN
Associate Legal Advisor
Commercial and Administrative Law Division
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement

/s/Delisa M. Sánchez
DELISA M. SANCHEZ
Trial Attorney
Commercial Litigation
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0337

August 31, 2022

Attorneys for Defendant