IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| AHTNA LOGISTICS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) No. 22-780 |
| Defendant, | ) (Judge Matthew H. Solomson) |
| and | ) |
| AKIMA INFRASTRUCTURE PROTECTION, LLC, | ) |
| Defendant-Intervenor. | ) |

DEFENDANT'S UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully moves to revise the briefing schedule set forth in the Court's July 27, 2022 order (ECF No. 26). Specifically, the United States requests that the Court extend the deadline for all the parties to file their response briefs until September 30, 2022, and the deadline for the parties to file the joint appendix until October 6, 2022. Pursuant to the Court's July 27, 2022 order, the parties' response briefs currently are due by September 27, 2022, and the parties' joint appendix is due by October 3, 2022.

Counsel for the United States has conferred with counsel for plaintiff and counsel for defendant-intervenor, both of whom advised that they do not oppose this motion.

This request to amend the briefing schedule is necessary because, unfortunately, counsel for the United States mis-calendared the filing deadline for the response/reply briefs. She calendared the deadline to file response briefs as September 30, 2022. Had counsel for

defendant-intervenor not reached out to counsel for the United States on the morning of September 27, 2022, to confer on the number of pages allowed for the filing, the United States would have missed today's filing deadline.

Counsel for the United States apologizes to the Court for this situation. Counsel for the United States currently is responsible for over 60 cases (a combination of pending and pre-filing matters). In the press of placing the deadlines for various cases on her calendar, she inadvertently inserted September 30th as the deadline for the response briefs in this case.

Counsel for the United States has not yet completed the Government's response brief. After she completes the brief, it must undergo agency review and supervisory review within the Department of Justice. As a result, it is not possible for the United States to meet today's filing deadline.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion to extend the deadline for all the parties to file their response briefs until September 30, 2022, and the deadline for the parties to file the joint appendix until October 6, 2022.

                                              Respectfully submitted,

                                              BRIAN M. BOYNTON
                                              Principal Deputy Assistant
                                              Attorney General

                                              PATRICIA M. McCARTHY
                                              Director

                                              /s/Elizabeth M. Hosford
                                              ELIZABETH M. HOSFORD
                                              Assistant Director

Of Counsel:

JAVIER A. FARFAN
Associate Legal Advisor
Commercial and Administrative Law Division
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement

September 27, 2022

/s/Delisa M. Sánchez
DELISA M. SANCHEZ
Trial Attorney
Commercial Litigation
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0337

Attorneys for Defendant