# In the United States Court of Federal Claims

No. 22-780C

(Filed:  September 28, 2022)

| | |
|---|---|
| **AHTNA LOGISTICS, LLC,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **THE UNITED STATES,** | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

## ORDER

On September 27, 2022, the government filed an unopposed motion to amend the briefing schedule.  ECF No. 43.  Specifically, the government requests:  (1) a three-day enlargement of time for all parties to file response briefs for the motion for judgment on the administrative record (ECF No. 42); and (2) a three-day enlargement of time for the parties to file the joint appendix related to the same motion.  *Id.* at 1–2.

For good cause shown, the Court **GRANTS** the Plaintiff's motion and hereby **ORDERS** that the discovery schedule shall be amended as follows:

| | |
|---|---|
| **September 30, 2022** | Parties' responses due |
| **October 6, 2022** | Joint appendix due |

**IT IS SO ORDERED**.

s/Matthew H. Solomson
**Matthew H. Solomson**
**Judge**