# In the United States Court of Federal Claims

No. 22-780C

(Filed: October 3, 2022)

|  |  |
|---|---|
| **AHTNA LOGISTICS, LLC,** | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| **THE UNITED STATES,** | ) ) |
| *Defendant,* | ) ) |
| and | ) ) |
| **AKIMA INFRASTRUCTURE PROTECTION, LLC,** | ) ) ) ) |
| *Defendant-Intervenor.* | ) ) ) |

## ORDER

Oral argument on Plaintiff's motion for judgment on the administrative record, ECF No. 37, and Defendant's and Defendant-Intervenor's respective cross-motions for judgment on the administrative record, ECF Nos. 36, 42, will be held on **Wednesday, October 19, 2022, at 10:00 AM (EDT)**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20439.

**IT IS SO ORDERED**.

s/Matthew H. Solomson
Matthew H. Solomson
Judge