# In the United States Court of Federal Claims

**AHTNA LOGISTICCS, LLC**
       **Plaintiff,**                                             **No. 22-780C**

**v**

**THE UNITED STATES**
       **Defendant,**

**v**

**AKIMA INFRASTRUCTURE PROTECTION,**
       **Intervenor Defendant.**

## NOTICE OF FILING OF OFFICIAL SEALED TRANSCRIPT

Notice is hereby given that an official transcript of proceedings held on **October 19, 2022** has been filed in the above-captioned matter.   As this is a transcript from a sealed proceeding, the transcript is available to case participants only and will remain sealed unless the judge orders otherwise.

This transcript will be made electronically available to the parties to this proceeding after 90 calendar days. If a party to the case would like to review the transcript before it is electronically available, the party may purchase a copy from the official court reporter (at which time the purchasing party will receive immediate electronic access to the transcript) or view the document at the Clerk's Office public terminal.   Please contact the Clerk's Office at (202) 357-6414 for more information.

**November 2, 2022**                                                                                                                   **s/ Edwin Wesley**
                                                                                                                **Deputy Clerk**