IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| AHTNA LOGISTICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 22-780 |
| | ) | (Judge Matthew H. Solomson) |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AKIMA INFRASTRUCTURE | ) | |
| PROTECTION, LLC, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

NOTICE OF EXPIRATION OF VOLUNTARY STAY

On August 1, 2022, defendant, the United States, filed a Notice of Voluntary Stay advising the Court that the United States Immigration and Customs Enforcement (ICE) was agreeable to a stay of performance of the contract that it awarded Akima Infrastructure Protection, LLC (AIP) for comprehensive detention services at Port Isabel Detention Center in Los Fresnos, Texas. *See* ECF No. 27. Specifically, we provided notice that ICE would voluntarily stay performance of the award of the contract at issue to AIP through 1:00 p.m. on Monday, November 14, 2022. *Id*.

The United States respectfully provides notice that the period of voluntary stay agreed to by ICE expired earlier this afternoon, and that ICE intends to lift the stay-work order that it previously issued to AIP within the next 48 hours.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. McCARTHY
Director

/s/Elizabeth M. Hosford
ELIZABETH M. HOSFORD
Assistant Director

/s/Delisa M. Sánchez
DELISA M. SANCHEZ
Trial Attorney
Of Counsel:                                        Commercial Litigation
                                                   Civil Division
JAVIER A. FARFAN                                   P.O. Box 480
Associate Legal Advisor                            Ben Franklin Station
Commercial and Administrative Law Division         Washington, D.C. 20044
Office of the Principal Legal Advisor              Telephone: (202) 616-0337
U.S. Immigration and Customs Enforcement

November 14, 2022                                  Attorneys for Defendant