IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| AHTNA LOGISTICS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) No. 22-780 |
|  | ) (Judge Matthew H. Solomson) |
| Defendant, | ) |
| and | ) |
| AKIMA INFRASTRUCTURE PROTECTION, LLC, | ) |
| Defendant-Intervenor. | ) |

## NOTICE OF CONTINUATION OF VOLUNTARY STAY

Defendant, the United States, respectfully provides notice that, based on the comments provided by the Court during the status conference held at 11:00 a.m. today, the United States Immigration and Customs Enforcement (ICE) has advised us that it will extend its voluntary stay of performance of the contract that it awarded Akima Infrastructure Protection, LLC (AIP) for comprehensive detention services at Port Isabel Detention Center in Los Fresnos, Texas. Specifically, ICE will continue to voluntarily stay performance of the contract that it awarded to AIP through 11:59 p.m. on Monday, November 28, 2022.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. McCARTHY
Director

|  |  |
|---|---|
|  | /s/Elizabeth M. Hosford |
|  | ELIZABETH M. HOSFORD |
|  | Assistant Director |
|  |  |
|  | /s/Delisa M. Sánchez |
| Of Counsel: | DELISA M. SANCHEZ |
|  | Trial Attorney |
| JAVIER A. FARFAN | Commercial Litigation |
| Associate Legal Advisor | Civil Division |
| Commercial and Administrative Law Division | P.O. Box 480 |
| Office of the Principal Legal Advisor | Ben Franklin Station |
| U.S. Immigration and Customs Enforcement | Washington, D.C. 20044 |
|  | Telephone: (202) 616-0337 |
|  |  |
| November 15, 2022 | Attorneys for Defendant |