# In the United States Court of Federal Claims

No. 22-780 C

Filed: November 30, 2022

**AHTNA LOGISTICS, LLC**
    **Plaintiff**

v.                                             **JUDGMENT**

**THE UNITED STATES**
    **Defendant**

    **and**

**AKIMA INFRASTRUCTURE PROTECTION, LLC**
    **Defendant-Intervenor**

    Pursuant to the court's Opinion and Order, filed November 28, 2022, denying plaintiff's motion for judgment on the administrative record and granting defendant's and defendant-intervenor's motions for judgment on the administrative record,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant and defendant-intervenor.

                                                                 Lisa L. Reyes
                                                                  Clerk of Court

                                                    By:    s/ Debra L. Samler

                                                                  Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.